UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                          Criminal No. 11-cr-17-01-JL

Arthur Cinelli

O R D E R

The assented to motion to reschedule jury trial (document no. 15) filed by defendant is granted; Final Pretrial is rescheduled to April 21, 2011 at 4:00 PM; Trial is continued to the two-week period beginning May 3, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  March 22, 2011

cc:  Jessica Brown, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation