UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Criminal No. 11-cr-17-01-JL

Arthur Cinelli

O R D E R

    The assented to motion to reschedule jury trial (document no. 18 ) filed by defendant is granted; Final Pretrial is rescheduled to May 27, 2011 at 11:30; Trial is continued to the two-week period beginning June 7, 2011, 09:30.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  April 27, 2011


cc:   Jessica Brown, AFD
      Terry Ollila, AUSA
      U.S. Marshal
      U.S. Probation